427 A.2d 1232

Fischer, Appellant v. Westinghouse Electric Corp.

Argued November 16, 1979. Lawrence Zurawsky, for appellant; Foster S. Goldman, Jr., for appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order affirmed.

427 A.2d 1233

Higgins et al., Appellants v. State Farm Fire and Cas. Co.

Submitted December 6, 1979. Samuel A. Litzenberger, for appellants; Glenn D. Hains, for appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order affirmed.